# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )<br>) Civil Action No. 1:20-cv-05227 |
| JOHN M. FIFE, CHICAGO VENTURE PARTNERS, L.P., ILIAD RESEARCH AND TRADING, L.P., ST. GEORGE INVESTMENTS LLC, TONAQUINT, INC., AND TYPENEX CO-INVESTMENT, LLC, | )<br>) Honorable Robert M. Dow, Jr.<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## JOINT STATUS REPORT

Pursuant to this Court's Orders dated December 20, 2021 (*see* Dkt. No. 31) and December 23, 2021 (*see* Dkt. No. 34), respectively, Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants John M. Fife, Chicago Venture Partners, L.P., Iliad Research and Trading, L.P., St. George Investments LLC, Tonaquint, Inc., and Typenex Co-Investment, LLC (collectively, "Defendants," and together with the SEC, the "Parties") respectfully submit this Joint Status Report. The Parties state as follows:

**A. Proposed Discovery Plan:**

**1. Proposed Date for Rule 26(a)(1) Disclosures**

The parties propose a deadline of March 4, 2022 for the exchange of Rule 26(a)(1) disclosures.

2. **Proposed Fact Discovery Schedule**

The parties propose that fact discovery be permitted to commence on March 7, 2022, and that fact discovery be completed on or before December 16, 2022.

3. **Proposed Expert Discovery Schedule**

The parties propose the following schedule for expert discovery: (i) expert disclosures under Fed. R. Civ. P. 26(a)(2), including expert reports, to be provided on or before January 13, 2023; (ii) rebuttal expert disclosures, including rebuttal expert reports, to be provided on or before March 13, 2023; (iii) expert depositions to occur on or before May 12, 2023.

B. **Statement Regarding Settlement Discussions**:

Prior to the filing of this case, the Parties engaged in settlement discussions which did not result in a settlement. In recent weeks, the Parties have resumed settlement discussions, but those recent discussions have not resulted in a settlement. The Parties intend to continue settlement discussions as this case moves forward. The Parties do not request a referral to the assigned Magistrate Judge for a settlement conference at this time.

Dated: January 20, 2022                                        Respectfully submitted,

                                                               /s/ Eric M. Phillips_____

Eric M. Phillips
Jaclyn J. Janssen
United States Securities and Exchange Commission
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604
(312) 353-7390

*Counsel for the SEC*


                                                               /s/ Helgi C. Walker_____


Helgi C. Walker*
Brian A. Richman*
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500

Barry Goldsmith*
M. Jonathan Seibald*
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-2440

Michael J. Diver
Elliott M. Bacon
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 20, 2022, he caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which shall send notification of such filing to the following counsel of record:

Helgi C. Walker
Brian A. Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave. NW
Washington, DC 20036
Email: hwalker@gibsondunn.com

Barry Goldsmith
M. Jonathan Seibald
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Email: bgoldsmith@gibsondunn.com

Michael J. Diver
Elliott M. Bacon
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Email: Michael.diver@kattenlaw.com

*Counsel for Defendants*

                                                     /s/ Eric M. Phillips
                                                     Eric M. Phillips