# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Securities and Exchange Commission

                               Plaintiff,

v.                                        Case No.: 1:20−cv−05227

                                             Honorable Robert M. Dow Jr.

John M. Fife, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 31, 2022:

       MINUTE entry before the Honorable Robert M. Dow, Jr: Upon review of the joint status report [35], the Court adopts the parties' proposed case management deadlines: Rule 26(a)(1) disclosures due by 3/4/2022; fact discovery to be commenced on 3/7/2022; and completed by 12/16/2022. Expert and dispositive motion deadlines will be deferred until completion of fact discovery. An interim joint status report on the progress of fact discovery is due no later than 7/31/2022. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.