# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Securities and Exchange Commission

                               Plaintiff,

v.                                                Case No.: 1:20–cv–05227

                                                             Honorable Nancy L. Maldonado

John M. Fife, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 18, 2022:

       MINUTE entry before the Honorable Heather K. McShain: This case has been referred for discovery supervision, to include Defendants Motion to Compel [42]. The motion to compel [42] is entered and continued. Plaintiff shall respond to the motion by 10/28/2022. No reply to be filed unless further ordered by the Court. After the Court reviews the parties briefing, it will determine if it can rule on the papers or if a motion hearing is necessary. Joint status report due on 12/16/2022 to update the Court on: (a) the progress of discovery; (b) the status of settlement discussions (if any); and (c) any other issues the parties wish to raise with the Court. The parties may contact chambers at any time in advance of the joint status report deadline (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.