# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Securities and Exchange Commission

                    Plaintiff,

v.                                   Case No.: 1:20–cv–05227

                                   Honorable Nancy L. Maldonado

John M. Fife, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 27, 2022:

      MINUTE entry before the Honorable Heather K. McShain: Parties' joint motion for revised briefing schedule for parties' motions to compel [52] is granted in part. The deadline for the parties to respond to the other side's motions to compel [[42], [49]] is extended to 11/07/2022. Parties are reminded no reply is to be filed unless further ordered by the Court [51]. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.