# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Securities and Exchange Commission

                        Plaintiff,

v.                                                 Case No.: 1:20–cv–05227
                                                 Honorable Nancy L. Maldonado

John M. Fife, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 28, 2022:

      MINUTE entry before the Honorable Heather K. McShain: The Court is in receipt of the parties' joint motion to extend the fact discovery deadline [53]. Under the District Court Judge's order [54], the Court is authorized to extend discovery deadlines, including the extension sought [53]. The parties request a 6–month extension of the fact discovery deadline. The parties note there are several pending discovery motions [[42], [49]] which the parties wish to have resolved prior to completing Rule 30(b)(6) depositions. The parties add that document productions remain ongoing and defendants anticipate filing a second motion to compel with the Court if after exhausting meet and confer, discovery disputes remain. In light of the issues outlined in the parties' motion, and given that the parties have been moving forward discovery in good faith, the Court finds good cause to grant their requested extension. The motion [53] is granted, and fact discovery is ordered to close 06/16/2023. The 12/16/2022 status report date stands, but instead the parties should report on: (a) the status of outstanding fact discovery, including a description of what discovery remains to be completed; (b) an update on settlement discussions, including whether the parties jointly request a settlement conference with the undersigned; and (c) any other matters the parties wish to bring to the Court's attention. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) should they be interested in discussing settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.