**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br><br>Plaintiff, )<br><br>v. )<br><br>JOHN M. FIFE, CHICAGO VENTURE PARTNERS, L.P., ILIAD RESEARCH AND TRADING, L.P., ST. GEORGE INVESTMENTS LLC, TONAQUINT, INC., AND TYPENEX CO-INVESTMENT, LLC, )<br><br>Defendants. ) | Civil Action No. 1:20-cv-05227<br><br>Honorable Nancy L. Maldonado<br>Honorable Heather K. McShain |

**MOTION BY PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE
COMMISSION TO QUASH THIRD-PARTY SUBPOENA AND FOR PROTECTIVE
<u>ORDER</u>**

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully files this

motion to quash a third-party subpoena, and for a protective order regarding two deposition notices,

issued by Defendants John M. Fife, Chicago Venture Partners, L.P., Iliad Research and Trading,

L.P., St. George Investments LLC, Tonaquint, Inc., and Typenex Co-Investment, LLC

(collectively, "Defendants"). In support of this motion, the SEC states as follows:

1.      Defendants have issued a third-party deposition subpoena to a former SEC

employee, Jeffrey Riedler ("Riedler").

2.      Additionally, Defendants have issued deposition notices for the depositions of

current SEC employee Bonnie Gauch ("Gauch") and for a representative of the SEC to testify

about various matters pursuant to Federal Rule of Civil Procedure 30(b)(6).

3.    The Riedler deposition subpoena and the Gauch and Rule 30(b)(6) deposition notices seek information that is irrelevant, not proportional to the needs of the case, duplicative of written discovery, and protected from disclosure by applicable privileges. Accordingly, the SEC respectfully moves this Court to quash the Riedler deposition subpoena and to issue a protective order prohibiting the Gauch and Rule 30(b)(6) depositions noticed by Defendants.

4.    In accordance with Local Rule 37.2, counsel for the SEC telephonically conferred with counsel for the Defendants on November 22, 2022, in a good-faith effort to resolve the differences raised in this motion, but were unable to reach an accord over these issues. (The parties resolved their differences over a third deposition notice issued by Defendants as a result of the meet-and-confer process).

5.    The SEC is contemporaneously filing a Memorandum in Support of this motion, with exhibits thereto.


WHEREFORE, the SEC respectfully requests that the Court: (i) grant this Motion in its entirety; (ii) quash Defendants' third-party deposition subpoena to Jeffrey Riedler; (iii) issue a protective order prohibiting the noticed depositions of Bonnie Gauch and a Rule 30(b)(6) representative of the SEC; and (iv) grant such other and further relief as this Court deems just.

Dated: December 5, 2022

Respectfully submitted,

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

<u>/s/ Eric M. Phillips</u>

By: One of Its Attorneys

Eric M. Phillips
Jaclyn J. Janssen
Ariella O. Guardi
United States Securities and Exchange Commission
175 W. Jackson Blvd., Suite 1450
Chicago, IL 60604
(312) 353-7390

*Counsel for the SEC*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 5, 2022, he caused the foregoing Motion and accompanying Memorandum in Support to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which shall send notification of such filing to the following counsel of record:

Helgi C. Walker
Brian A. Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave. NW
Washington, DC 20036
Email: hwalker@gibsondunn.com

Barry Goldsmith
M. Jonathan Seibald
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Email: bgoldsmith@gibsondunn.com

Michael J. Diver
Elliott M. Bacon
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Email: Michael.diver@kattenlaw.com

*Counsel for Defendants*

/s/ Eric M. Phillips
Eric M. Phillips