## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Securities and Exchange Commission

                        Plaintiff,

v.                                        Case No.: 1:20–cv–05227
                                                  Honorable Nancy L. Maldonado

John M. Fife, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 6, 2022:

      MINUTE entry before the Honorable Heather K. McShain: Plaintiff's motion to quash and for entry of a protective order [60] is entered and continued. The motion concerns three proposed depositions of: Bonnie Gauch, a current SEC employee; a SEC Rule 30(b)(6) designee; and, Jeffrey Riedler, a former SEC employee. The deposition subpoena for Riedler has been noticed for 9:00 a.m. on 12/16/2022. While the motion does not ask that the Court set an expedited briefing schedule, given the 12/16/2022 date for Riedler's deposition the Court orders defendants to respond to the motion by 12/09/2022. No reply brief may be filed unless one is requested by the Court. Once the Court reviews the briefs, it will decide whether it can rule on the papers or whether further party input is warranted.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.