**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Securities and Exchange Commission

                Plaintiff,

v.                                              Case No.: 1:20–cv–05227
                                              Honorable Nancy L. Maldonado

John M. Fife, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 24, 2023:

    MINUTE entry before the Honorable Heather K. McShain: Plaintiff's Motion to Compel [74] is entered and continued. Plaintiff's motion to seal [76] certain exhibits accompanying the motion to compel [74] is granted, and the Court notes that sealed exhibits have already been filed on 02/23/2023 [[77], [78]]. Defendants shall respond to plaintiff's motion [74] by 03/09/2023. No reply to be filed unless otherwise ordered by the Court. After the Court reviews the parties briefing, it will determine if it can rule on the papers or if a motion hearing is necessary. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.