**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Securities and Exchange Commission

Plaintiff,

v.                                                          Case No.: 1:20–cv–05227
                                                            Honorable Nancy L. Maldonado

John M. Fife, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 21, 2023:

        MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed plaintiff's motion [87] to clarify this Court's order [85] that requested supplemental briefing to substantiate plaintiff's assertion of the deliberative process privilege over information sought in defendants' motion to compel [42] and defendants' response [88]. The Court revises its order [85] as follows. By 04/05/2023, plaintiff has leave to submit, in any form, a filing to address and/or substantiate plaintiff's assertion of the deliberative process privilege and common interest doctrine over the information sought in defendants' requests. The supplemental filing should address plaintiff's assertion of the deliberative process privilege as it relates to defendants' RFD No. 41 and Interrogatory No. 1, and plaintiff's assertion of the common interest doctrine as it relates to defendants' RFD No. 31. Defendants' response, if any, due 04/19/2023. The Court will resolve the defendants' outstanding requests, specifically RFD Nos. 27, 31, 41, 54–57, and Interrogatory No. 1, after the Court receives parties' supplemental briefing. To be clear, the Court does not require that plaintiff discuss defendants' RFD Nos. 27 and 54–57 in its supplemental briefing, as the Court recognizes plaintiff raised no privilege objection in its responses to these requests. The joint status report due 04/28/2023 stands. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.