## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Securities and Exchange Commission
                                               Plaintiff,

v.                                                                     Case No.: 1:20–cv–05227
                                                                    Honorable Nancy L. Maldonado

John M. Fife, et al.
                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 1, 2023:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [93] which reports that in accordance with the Court's order [85] the SEC reviewed the 393 results for email communications and produced documents responsive to defendants' RFD Nos. 28–30 on 04/04/2023. The SEC also provided defendants an amended response to defendants' Interrogatory No. 5 on 04/05/2023. Additionally, the deposition of SEC employee Bonnie Gauch is scheduled for 05/24/2023. The SEC intends to subpoena the depositions of finder and issuer representatives that the SEC alleges are involved in defendants' convertible debt transactions. The SEC also intends to subpoena defendant Fife and certain employees of defendants following the Court's ruling on the SEC's motion to compel [74]. Defendants issued the SEC a third set of interrogatories and document requests on 04/27/2023. Defendants intend to serve additional requests for admission. Defendants also plan to depose SEC staff accountant Craig McShane. Parties shall file a joint status report by 06/02/2023 to update the Court on: (a) the progress of discovery; (b) the status of settlement discussions, if any; and (c) any other issues the parties wish to raise with the Court. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.