**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Securities and Exchange Commission

           Plaintiff,

v.                  Case No.: 1:20−cv−05227
                  Honorable Nancy L. Maldonado

John M. Fife, et al.

           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 1, 2023:

  MINUTE entry before the Honorable Heather K. McShain: Plaintiff's unopposed motion to extend the fact discovery deadline [95] is granted for the reasons set forth in the motion. Accordingly, the fact discovery deadline is extended to 10/16/2023. Telephonic motion hearing on plaintiff's motion to compel [74] and the outstanding requests in defendants' motion to compel [42] is set for 06/09/2023 at 10:00 a.m. To participate in the telephonic hearing, the dial−in number is 888−684−8852, followed by access code 8623687#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.