## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Securities and Exchange Commission
                                           Plaintiff,

v.                                                                 Case No.: 1:20–cv–05227
                                                                 Honorable Nancy L. Maldonado

John M. Fife, et al.
                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 15, 2023:

      MINUTE entry before the Honorable Heather K. McShain: Telephonic motion hearing held on 06/15/2023 on the parties' pending discovery motions [42] and [74]. For the reasons stated on the record at the motion hearing, the Court makes the following rulings. As to the outstanding requests in defendants' motion to compel [42], which the Court reserved its ruling [85] [90] during the 03/15/2023 motion hearing, the motion is denied as to defendants' RFD Nos. 31 and 41 and defendants'; request for more specific answers to defendants' Interrogatory No. 1. The motion is granted as to defendants' RFD Nos. 27 and 54–57. Plaintiff's motion to compel [74] is granted in part and denied in part. The motion is granted in part as to plaintiff's requests for all individual defendant Fife–owned entities' convertible debt transactions. Defendants are ordered to produce, consistent with their compromise offer, as stated in their opposition to plaintiff's motion [86] 14–15, the transaction documents for each of these convertible loans to unlisted issuers that non–defendant entities owned by Fife made from 2015 to the present. To the extent that plaintiff's request seeks additional information beyond the ordered documents, the motion is denied. The motion is denied as to plaintiff's request for more specific answers to plaintiff's Interrogatory No. 1 except that defendants' must supplement their answer, if necessary, based on the ordered production of transaction documents. Parties shall file a joint status report by 07/17/2023 to update the Court on: (a) the parties' productions in accordance with the Court's rulings today; (b) the progress of discovery; (c) the status of settlement discussions, if any; and (d) any other issues the parties wish to raise with the Court. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.