# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Securities and Exchange Commission
                                           Plaintiff,

v.                                                                        Case No.: 1:20−cv−05227
                                                                        Honorable Nancy L. Maldonado

John M. Fife, et al.
                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 21, 2023:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the SEC's motion to compel [106] which does not comply with this Court's updated standing order on discovery motion requirements. The SEC did not file a separate certificate with the motion, and attested to by the attorney, that states with specificity when and how the movant complied with Local Rule 37.2. Further, the motion does not state that counsel for parties met in person or via videoconference. [106] 2. For these reasons, the SEC's motion to compel [106] and accompanying motion to seal [108] is denied without prejudice. The SEC may refile its motion after complying with the Court's standing order on discovery motion requirements, which is available on the Court's website at www.ilnd.uscourts.gov by selecting the link for Magistrate Judge McShain and then the link for "Discovery Motion Requirements." The Court has also reviewed the parties' joint status report [115] which reports the SEC has completed its review and document production in response to defendants' RFDs 54−57. The SEC amended its initial disclosures to remove internal staff accountants and intends to respond to defendants' most recent RFDs by 10/02/2023. Defendants supplemented their document production, producing responsive brokerage and bank statements. On oral discovery, parties deposed two third−party individuals the SEC alleges were involved in defendants' convertible debt transactions. The SEC intends to schedule additional depositions of two to four additional third−party individuals. Parties shall file a joint status report on 10/20/2023 to update the Court on the same items as in the instant status. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.