**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JOHN M. FIFE, CHICAGO VENTURE PARTNERS, L.P., ILIAD RESEARCH AND TRADING, L.P., ST. GEORGE INVESTMENTS LLC, TONAQUINT, INC., and TYPENEX CO-INVESTMENT, LLC, <br><br> Defendants. | Case No. 1:20-cv-05227 <br><br> Judge Nancy L. Maldonado <br><br> Magistrate Judge Heather K. McShain |

## **DEFENDANT'S SECOND MOTION TO COMPEL DISCOVERY**

Defendants John M. Fife, Chicago Venture Partners, L.P., Iliad Research and Trading, L.P., St. George Investments LLC, Tonaquint, Inc., and Typenex Co-Investment, LLC (collectively, "Defendants") respectfully file this motion to compel discovery against Plaintiff Securities and Exchange Commission. As set forth in their Memorandum in Support of the Motion, Defendants respectfully request that the Court: (1) order the Commission to produce all documents responsive to Requests for Production Nos. 60, 67, and 77; (2) order the Commission to produce a complete response to Interrogatory No. 19; and (3) grant such other and further relief as the Court deems just and proper.

In accordance with Local Rule 37.2, counsel for Defendants (M. Jonathan Seibald and Brian A. Richman) conferred with counsel for the Plaintiff (Eric M. Phillips and Christopher H. White) via video conference on September 27, 2023 at 2:30 CT in a good-faith effort to resolve the differences raised in this motion, but were unable to reach an accord.

1

Dated: September 29, 2023        Respectfully submitted,

/s/ *Helgi C. Walker*
_____

| | |
|---|---|
| Michael J. Diver<br>Elliott M. Bacon<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661<br>(312) 902-5200<br>michael.diver@katten.com | Helgi C. Walker*<br>Brian A. Richman*<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>(202) 955-8500<br>hwalker@gibsondunn.com<br><br>Barry Goldsmith*<br>M. Jonathan Seibald*<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-2440<br>bgoldsmith@gibsondunn.com |

_____

* *pro hac vice*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 29, 2023, I electronically filed a copy of the foregoing document through the Court's CM/ECF System, which will send notifications of the filing to all counsel of record.

                                                                                      /s/ *Helgi C. Walker*