IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JOHN M. FIFE, CHICAGO VENTURE PARTNERS, L.P., ILIAD RESEARCH AND TRADING, L.P., ST. GEORGE INVESTMENTS LLC, TONAQUINT, INC., AND TYPENEX CO-INVESTMENT, LLC, <br><br> Defendants. | Civil Action No. 1:20-cv-05227 <br><br> Honorable Nancy L. Maldonado <br> Honorable Heather K. McShain |

## JOINT STATUS REPORT

Pursuant to the Court's October 20, 2023 Order ("Order") (*see* Dkt No.139), Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants John M. Fife ("Fife"), Chicago Venture Partners, L.P., Iliad Research and Trading, L.P., St. George Investments LLC, Tonaquint, Inc., and Typenex Co-Investment, LLC (collectively, "Defendants," and, together with the SEC, "the Parties"), respectfully submit this Joint Status Report. The Parties state as follows:

**A. Status of Outstanding Fact Discovery**

On October 30, 2023, Defendants filed their response (*see* Dkt No.140) in opposition to the SEC's Motion to Compel Discovery. On November 3, 2023, the SEC filed its response (*see* Dkt No.143) in opposition to Defendants' Second Motion to Compel. On November 8, 2023, Defendants filed a Notice of Supplemental Authority (*see* Dkt No.145) regarding Defendants' Second Motion to Compel.

1

The Parties are in the process of scheduling mutually acceptable dates for the depositions of Fife and two current or former employees of Defendants. Additionally, the Parties are in the process of scheduling a mutually acceptable date for the deposition of a third-party individual whom the SEC believes was involved in Defendants' convertible debt transactions, and the SEC may schedule additional depositions of 1-3 other such individuals. Defendants intend to shortly serve certain additional discovery requests.

**B. Statement Regarding Settlement Discussions**

There have been no recent discussions of a settlement. The Parties do not request a settlement conference at this time.

**C. Other Matters**

There are no other matters that the Parties wish to bring to the Court's attention at this time.

DATED: November 20, 2023

/s/ Eric M. Phillips
Eric M. Phillips
Christopher H White
Regina LaMonica
U.S. Securities and Exchange Commission
175 West Jackson Boulevard, Suite 1450
Chicago, IL 60604
Telephone: (312) 353-7390
Email: phillipse@sec.gov

*Counsel for Plaintiff*

/s/ Helgi C. Walker
Helgi C. Walker*
Brian A. Richman*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave. NW
Washington, DC 20036
Telephone: (202) 955-8500
Email: hwalker@gibsondunn.com

Barry Goldsmith*
M. Jonathan Seibald*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-2440
Email: bgoldsmith@gibsondunn.com

Michael J. Diver
Elliott M. Bacon
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: Michael.diver@kattenlaw.com

*Counsel for Defendants*

\* *Pro hac vice*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of November, 2023, I electronically filed a copy of the foregoing Joint Status Report through the Court's CM/ECF System, which will send notifications of the filing to all counsel of record.

/s/ Eric M. Phillips