# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Securities and Exchange Commission

                                              Plaintiff,

v.                                                   Case No.: 1:20–cv–05227
                                                  Honorable Nancy L. Maldonado

John M. Fife, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 25, 2024:

       MINUTE entry before the Honorable Heather K. McShain: For the reasons set forth in the corresponding Order, defendants' second motion to compel discovery [117] is denied and plaintiff's amended motion to compel [119] is granted. Enter Order. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.