UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN M. FIFE, CHICAGO VENTURE PARTNERS, L.P., ILIAD RESEARCH AND TRADING, L.P., ST. GEORGE INVESTMENTS LLC, TONAQUINT, INC., and TYPENEX CO-INVESTMENT, LLC,<br><br>    Defendants. | Case No. 1:20-cv-05227<br><br>Judge Nancy L. Maldonado<br><br>Magistrate Judge Heather K. McShain |

**<u>MOTION FOR WITHDRAWAL OF COUNSEL</u>**

  Pursuant to Local Rule 83.17, Defendants respectfully move for Barry M. Goldsmith to be withdrawn as counsel in the above-captioned matter. Mr. Goldsmith passed away on February 6, 2024. Defendants will continue to be represented by counsel of record at Gibson, Dunn & Crutcher LLP and Katten Muchin Rosenman LLP in this matter.

1

Dated: February 16, 2024                    Respectfully submitted,

/s/ *Marshall R. King*
Helgi C. Walker*
Brian A. Richman*

| | |
|---|---|
| Michael J. Diver | GIBSON, DUNN & CRUTCHER LLP |
| Elliott M. Bacon | 1050 Connecticut Avenue, N.W. |
| KATTEN MUCHIN ROSENMAN LLP | Washington, DC  20036-5306 |
| 525 West Monroe Street | (202) 955-8500 |
| Chicago, IL 60661 | hwalker@gibsondunn.com |
| (312) 902-5200 | |
| michael.diver@katten.com | Marshall R. King* |
| | M. Jonathan Seibald* |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 200 Park Avenue |
| | New York, NY 10166-0193 |
| | (212) 351-3905 |
| | mking@gibsondunn.com |

---

* *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, I caused a copy of the foregoing document to be electronically filed through the Court's CM/ECF System, which will send notifications of the filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　　　／s/ *Marshall R. King*