**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:20-cv-05227 |
| JOHN M. FIFE, CHICAGO VENTURE PARTNERS, L.P., ILIAD RESEARCH AND TRADING, L.P., ST. GEORGE INVESTMENTS LLC, TONAQUINT, INC., AND TYPENEX CO-INVESTMENT, LLC, | ) ) ) ) ) ) | Honorable Nancy L. Maldonado Honorable Heather K. McShain |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's May 14, 2024 Order ("Order") (*see* Dkt No.168), Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants John M. Fife ("Fife"), Chicago Venture Partners, L.P., Iliad Research and Trading, L.P., St. George Investments LLC, Tonaquint, Inc., and Typenex Co-Investment, LLC (collectively, "Defendants," and, together with the SEC, "the Parties"), respectfully submit this Joint Status Report. The Parties state as follows:

**A.  Status of Expert Discovery**

On June 14, 2024, the SEC provided Defendants with three expert reports, pursuant to Federal Rule of Civil Procedure 26(a)(2) and this Court's March 15, 2024 Order ("Order"). (*See* Dkt No.166). The Parties currently are working to meet the remaining deadlines for expert discovery set forth in the Order.

1

### B. Statement Regarding Settlement Discussions

There have been no recent discussions of a settlement. The Parties do not request a settlement conference at this time.

### C. Other Matters

There are no other matters that the Parties wish to bring to the Court's attention at this time.


DATED: June 26, 2024


/s/ Eric M. Phillips
Eric M. Phillips
Christopher H White
Regina LaMonica
U.S. Securities and Exchange Commission
175 West Jackson Boulevard, Suite 1450
Chicago, IL 60604
Telephone: (312) 353-7390
Email: phillipse@sec.gov

*Counsel for Plaintiff*

/s/ Marshall R. King
Helgi C. Walker*
Brian A. Richman*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave. NW
Washington, DC 20036
Telephone: (202) 955-8500
Email: hwalker@gibsondunn.com

Marshall R. King*
M. Jonathan Seibald*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-3905
Email: mking@gibsondunn.com

Michael J. Diver
Elliott M. Bacon
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: (312) 902-5200
Email: Michael.diver@kattenlaw.com

*Counsel for Defendants*

* *Pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2024, I electronically filed a copy of the foregoing Joint Status Report through the Court's CM/ECF System, which will send notifications of the filing to all counsel of record.

/s/ Eric M. Phillips