IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:20-cv-05227 |
| JOHN M. FIFE, CHICAGO VENTURE PARTNERS, L.P., ILIAD RESEARCH AND TRADING, L.P., ST. GEORGE INVESTMENTS LLC, TONAQUINT, INC., AND TYPENEX CO-INVESTMENT, LLC, | )<br>) Honorable Martha M. Pacold<br>) Honorable Daniel P. McLaughlin<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**JOINT MOTION FOR 45-DAY STAY OF CASE IN LIGHT OF THE PARTIES' DISCUSSIONS TO RESOLVE THE CASE**

Plaintiff Securities and Exchange Commission (the "SEC") and Defendants John M. Fife, Chicago Venture Partners, L.P., Iliad Research and Trading, L.P., St. George Investments LLC, Tonaquint, Inc., and Typenex Co-Investment, LLC (collectively, "Defendants") (together, with the SEC, the "Parties") respectfully file this joint motion for a 45-day stay of this case in light of recent discussions between the Parties to resolve this litigation. In support of the motion, the Parties state as follows:

1. Recently, the Parties have reached a potential resolution of this matter. However, that potential resolution requires the formal approval of the SEC's Commissioners.

2. Counsel for the SEC will circulate the proposed resolution of this matter to the SEC's Commissioners for their review and decision. Given the press of other matters before the SEC's Commissioners, this process is expected to take several weeks.

3. Under the Court's most recent scheduling order, among other things, Defendants'

summary judgment motion is due by March 21, 2025, and the SEC's summary judgment motion and response to Defendants' summary judgment motion are due by April 29, 2025. *See* Dkt. No. 186.

4. The Parties agree that to avoid additional fees, costs, and burdens associated with briefing of the Parties' summary judgment motions, and to conserve judicial resources relating to the review of summary judgment briefing, it would be preferable, and more efficient, to defer any further proceedings in this matter until after the SEC's Commissioners review and decide on the Parties' proposed resolution of this case. Accordingly, the Parties jointly request that this case be stayed for 45 days to April 21, 2025 and the briefing schedule set forth in Dkt. No. 186 be vacated. If the Parties are unable to finalize a resolution by April 21, the Parties will contact the Court at that time to propose a new schedule for summary judgment briefing.

WHEREFORE, the Parties respectfully move the Court for a 45-day stay of this case, vacatur of the briefing schedule set forth in Dkt. No. 186, and for such other and further relief as this Court deems just.

| | |
|---|---|
| Respectfully submitted, | DATED: March 10, 2025 |
| /s/ Eric M. Phillips | /s/ Marshall R. King |
| Eric M. Phillips | Helgi C. Walker* |
| Christopher H White | Brian A. Richman* |
| Regina LaMonica | GIBSON, DUNN & CRUTCHER LLP |
| U.S. Securities and Exchange Commission | 1050 Connecticut Ave. NW |
| 175 West Jackson Boulevard, Suite 1450 | Washington, DC 20036 |
| Chicago, IL 60604 | Telephone: (202) 955-8500 |
| Telephone: (312) 353-7390 | Email: hwalker@gibsondunn.com |
| Email: phillipse@sec.gov | |
| | Marshall R. King* |
| *Counsel for Plaintiff* | M. Jonathan Seibald* |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 200 Park Avenue |
| | New York, NY 10166-0193 |
| | Telephone: (212) 351-3905 |
| | Email: mking@gibsondunn.com |
| | |
| | Michael J. Diver |
| | Elliott M. Bacon |
| | KATTEN MUCHIN ROSENMAN LLP |
| | 525 West Monroe Street |
| | Chicago, IL 60661 |
| | Telephone: (312) 902-5200 |
| | Email: Michael.diver@kattenlaw.com |
| | |
| | *Counsel for Defendants* |
| | |
| | *\* Pro hac vice* |