IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. FIFE, CHICAGO VENTURE PARTNERS, L.P., ILIAD RESEARCH AND TRADING, L.P., ST. GEORGE INVESTMENTS LLC, TONAQUINT, INC., AND TYPENEX CO-INVESTMENT, LLC,<br><br>Defendants. | Civil Action No. 1:20-cv-05227<br><br>Honorable Martha M. Pacold |

## JOINT AGREED MOTION TO EXTEND STAY

Plaintiff United States Securities and Exchange Commission ("SEC") and defendants John M. Fife ("Fife"), Chicago Venture Partners, L.P., Iliad Research and Trading, L.P., St. George Investments LLC, Tonaquint, Inc., and Typenex Co-Investment, LLC (collectively, "Defendants," and, together with the SEC, "the Parties"), through their respective counsel, jointly and respectfully move the Court to extend the existing stay in this matter from April 21, 2025 to May 9, 2025. In support of their motion, the Parties state as follows:

1. On March 10, 2025, the Parties moved for a 45-day stay of this case based on the Parties' agreement in principle to a proposed resolution of this action. *See* Dkt. No. 187. On March 14, 2025, this Court granted the Parties' motion for a stay and ordered that this case be stayed through April 21, 2025. *See* Dkt. No. 188.

2. The proposed resolution of this action is subject to the vote of the SEC's Commissioners. The SEC needs a short extension for that agency process to conclude. The

SEC's counsel believes that this process will be completed on or around May 1, 2025. Accordingly, on or before May 9, 2025, the Parties will file documents reflecting the agreed resolution of this matter or will submit a joint status report. The Parties therefore respectfully request an extension of the stay, up to and including May 9, 2025.

      WHEREFORE, the Parties respectfully request that the Court enter an Order continuing the stay of this case until May 9, 2025, and award such other and further relief as this Court deems just.

DATED: April 21, 2025

| | |
|---|---|
| /s/ Eric M. Phillips | /s/ M. Jonathan Seibald |
| Eric M. Phillips | Helgi C. Walker* |
| Ariella O. Guardi | Brian A. Richman* |
| Regina LaMonica | GIBSON, DUNN & CRUTCHER LLP |
| U.S. S.E.C. | 1050 Connecticut Ave. NW |
| Chicago Regional Office | Washington, DC 20036 |
| 175 West Jackson Boulevard, Suite 1450 | Telephone: (202) 955-8500 |
| Chicago, IL 60604 | Email: hwalker@gibsondunn.com |
| Telephone: (312) 353-7390 | |
| Email: phillipse@sec.gov | Marshall R. King* |
| | M. Jonathan Seibald* |
| *Counsel for Plaintiff* | GIBSON, DUNN & CRUTCHER LLP |
| | 200 Park Avenue |
| | New York, NY 10166-0193 |
| | Telephone: (212) 351-2440 |
| | Email: bgoldsmith@gibsondunn.com |
| | |
| | Michael J. Diver |
| | Elliott M. Bacon |
| | KATTEN MUCHIN ROSENMAN LLP |
| | 525 West Monroe Street |
| | Chicago, IL 60661 |
| | Telephone: (312) 902-5200 |
| | Email: Michael.diver@kattenlaw.com |
| | |
| | *Counsel for Defendants* |
| | |
| | * *Pro hac vice* |