IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN M. FIFE, CHICAGO VENTURE PARTNERS, L.P., ILIAD RESEARCH AND TRADING, L.P., ST. GEORGE INVESTMENTS LLC, TONAQUINT, INC., AND TYPENEX CO-INVESTMENT, LLC, )<br>)<br>Defendants. ) | Civil Action No. 1:20-cv-05227<br><br>Honorable Martha M. Pacold<br>Honorable Daniel P. McLaughlin |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.17, Ariella Omholt Guardi respectfully requests to withdraw as counsel in this matter, and states as follows:

1. The undersigned will be resigning her position with the U.S. Securities and Exchange Commission ("SEC") effective May 16, 2025.

2. The SEC continues to be represented in this litigation by Eric Phillips and Regina LaMonica. Mr. Phillips is a member of the Court's Trial Bar.

WHEREFORE, Ariella Omholt Guardi respectfully requests leave to withdraw as counsel for the SEC in this matter.

DATED: May 8, 2025

/s/ Ariella Omholt Guardi
Ariella Omholt Guardi
U.S. Securities and Exchange Commission
175 West Jackson Boulevard, Suite 1450
Chicago, IL 60604
Telephone: (312) 353-7410
Email: guardia@sec.gov