# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| | ) | Case No.   20 C 5227 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| John M. Fife, et al. | ) | |

# ORDER

Plaintiff's motion to withdraw the appearance of Ariella Omholt Guardi as counsel of record [193] is granted.   Ariella Omholt Guardi is terminated.

Date: May 8, 2025                                               /s/ Martha M. Pacold