**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:20-cv-05227 ) |
| JOHN M. FIFE, CHICAGO VENTURE PARTNERS, L.P., ILIAD RESEARCH AND TRADING, L.P., ST. GEORGE INVESTMENTS LLC, TONAQUINT, INC., AND TYPENEX CO-INVESTMENT, LLC, | ) Honorable Martha M. Pacold ) ) ) ) ) |
| Defendants. | ) ) |

## <u>JOINT AGREED MOTION TO EXTEND STAY</u>

Plaintiff United States Securities and Exchange Commission ("SEC") and defendants

John M. Fife, Chicago Venture Partners, L.P., Iliad Research and Trading, L.P., St. George

Investments LLC, Tonaquint, Inc., and Typenex Co-Investment, LLC (collectively,

"Defendants," and, together with the SEC, "the Parties"), through their respective counsel,

jointly and respectfully move the Court to extend the existing stay in this matter from May 9,

2025 to June 24, 2025. In support of their motion, the Parties state as follows:

1.      On March 10, 2025, the Parties moved for a 45-day stay of this case based on the

Parties' agreement in principle to a proposed resolution of this action. *See* Dkt. No. 187. On

March 14, 2025, this Court granted the Parties' motion for a stay and ordered that this case be

stayed through April 21, 2025. *See* Dkt. No. 188.

2.      On April 21, 2025, the Parties moved to extend the stay of this case until May 9,

2025 to provide additional time for the SEC's Commissioners to vote on the proposed resolution

of this action. *See* Dkt. No. 191. On April 23, 2025, this Court granted the Parties' motion and ordered the stay of this case be extended to May 9, 2025. *See* Dkt. No. 192.

3.      The SEC's internal agency process for the vote of the SEC's Commissioners on the proposed resolution of this case has taken longer than the SEC's counsel originally had anticipated. To provide additional time for the conclusion of that agency process and for the SEC's Commissioners to vote on the proposed resolution of this action, the SEC respectfully requests that the Court extend the stay of this case until June 24, 2025. Defendants agree to this request, and the Parties jointly move for the requested extension.

4.      Accordingly, on or before June 24, 2025, the Parties will file documents reflecting the agreed resolution of this matter or will submit a joint status report.


WHEREFORE, the Parties respectfully request that the Court enter an Order continuing the stay of this case until June 24, 2025, and award such other and further relief as this Court deems just.

DATED:  May 9, 2025

/s/ Eric M. Phillips                              /s/ M. Jonathan Seibald
Eric M. Phillips                                 Helgi C. Walker*
Regina LaMonica                                  Brian A. Richman*
U.S. S.E.C.                                       GIBSON, DUNN & CRUTCHER LLP
Chicago Regional Office                          1050 Connecticut Ave. NW
175 W. Jackson Blvd.                             Washington, DC 20036
Suite 1450                                       Telephone: (202) 955-8500
Chicago, IL 60604                                Email: hwalker@gibsondunn.com
Telephone: (312) 353-7390
Email: phillipse@sec.gov                         Marshall R. King*
                                                 M. Jonathan Seibald*
*Counsel for Plaintiff*                          GIBSON, DUNN & CRUTCHER LLP
                                                 200 Park Avenue
                                                 New York, NY 10166-0193
                                                 Telephone: (212) 351-2440
                                                 Email: bgoldsmith@gibsondunn.com

                                                 Michael J. Diver
                                                 Elliott M. Bacon
                                                 KATTEN MUCHIN ROSENMAN LLP
                                                 525 West Monroe Street
                                                 Chicago, IL 60661
                                                 Telephone: (312) 902-5200
                                                 Email: Michael.diver@kattenlaw.com

                                                 *Counsel for Defendants*

                                                 * *Pro hac vice*