IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN M. FIFE, CHICAGO VENTURE PARTNERS, L.P., ILIAD RESEARCH AND TRADING, L.P., ST. GEORGE INVESTMENTS LLC, TONAQUINT, INC., AND TYPENEX CO-INVESTMENT, LLC,<br><br>    Defendants. | Civil Action No. 1:20-cv-05227<br><br>Honorable Martha M. Pacold<br>Honorable Daniel P. McLaughlin |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, Regina LaMonica respectfully requests to withdraw as counsel in this matter, and states as follows:

1. The undersigned will be resigning her position with the U.S. Securities and Exchange Commission ("SEC") effective May 23, 2025.

2. The SEC continues to be represented in this litigation by Eric Phillips. Mr. Phillips is a member of the Court's Trial Bar.

WHEREFORE, Regina LaMonica respectfully requests leave to withdraw as counsel for the SEC in this matter.

DATED: May 21, 2025          /s/ Regina LaMonica
                   Regina LaMonica
                   U.S. Securities and Exchange Commission
                   175 West Jackson Boulevard, Suite 1450
                   Chicago, IL 60604
                   Telephone: (312) 353-4260
                   Email: lamonicar@sec.gov