IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| | ) | Case No.   20 C 5227 |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | |
| John M. Fife, et al. | ) | |

## ORDER

Plaintiff's motion to withdraw the appearance of Regina LaMonica as counsel of record [197] is granted.   Regina LaMonica is terminated.


Date: May 22, 2025                             /s/ Martha M. Pacold